IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVID A. BECKERMAN, | DOCKET NO. 301 CV 2143 (SRU) |
| Plaintiff, | |
| - v - | |
| M. HIDARY & CO., INC. | |
| Defendant. | |

| |
|---|
| M. HIDARY & CO., INC., |
| Third-Party Plaintiff, |
| - v - |
| OFFICIAL STARTER, LLC, |
| Third-Party Defendant. |

## MOTION FOR SUMMARY JUDGMENT

Upon the annexed declaration of Evan S. Weintraub, signed on November 20, 2003, and the exhibits annexed thereto, the Local Civil Rule 56.1 Statement and the accompanying Memorandum of Law, defendant M. Hidary & Co., Inc. and third-party defendant Official Starter, LLC, will move this Court before the Honorable William Garfinkel, United States Magistrate Judge, at the United States District Court House, located at 915 Lafayette Blvd., Bridgeport, Connecticut 06604, pursuant to Fed. R. Civ. P. 56, for summary judgment dismissing plaintiff's Complaint and for such other and further relief as may be just and proper.

Exhibit A        Exhibit B        Exhibit C        Exhibit D        Exhibit E        Exhibit F

Dated:  New York, New York
   November 20, 2003

        WACHTEL & MASYR, LLP

        By: _____
           Evan S. Weintraub
        Admitted Pro-Hac Vice
        Attorneys for Third-party defendant
        Official Starter, LLC
        110 East 59th Street
         New York, New York 10022
        Tel.  (212) 909-9500
        CT 23444

        GOODKIND LABATON RUDOFF
        & SUCHAROW LLP

        By:_____
           Edward Labaton
        Admitted Pro Hac Vice
        Attorneys for Defendant
        M. Hidary & Co., Inc.
        100 Park Avenue
        New York, New York  10017
        Tel. (212) 907 - 0700
        CT 23784

2

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed on November 20, 2003, via Federal Express, overnight delivery, postage prepaid, to:

David A. Slossberg, Esq.
Hurwitz & Sagarin, LLC
147 North Broad Street
Milford, Connecticut 06460
Attorneys for Plaintiff

Evan Weintraub

IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVID A. BECKERMAN, | DOCKET NO. 301 CV 2143  (SRU) |
| Plaintiff, | |
| - v - | |
| M. HIDARY & CO., INC. | |
| Defendant. | |

M. HIDARY & CO., INC.,

                Third-Party Plaintiff,

   - v -

OFFICIAL STARTER, LLC,

                Third-Party Defendant.

## DECLARATION OF EVAN WEINTRAUB IN SUPPORT OF DEFENDANT AND THIRD-PARTY DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

STATE OF NEW YORK   )
                     )   ss.:
COUNTY OF NEW YORK  )

      EVAN S. WEINTRAUB, hereby declares pursuant to 28 U.S.C. § 1746 and under the penalty of perjury the following:

      1.      I am a member of the law firm of Wachtel & Masyr, LLP, attorneys for third-party defendant Official Starter, LLC ("Official Starter") in the above-entitled action. I submit this affirmation in support of the motion for summary judgment on behalf of

defendant M. Hidary & Co., Inc. ("Hidary") and Official Starter. I am fully familiar with the facts set forth herein based upon my own personal knowledge and upon a review of the files in my possession.

2.      A true and correct copy of the License Agreement dated January 22, 1996, between Starter Corp. ("Starter"), as licensor, and Hidary, as licensee (the "Licensing Agreement") is annexed hereto as Exhibit A.

3.      A true and correct copy of the June 1998 Addendum to the Licensing Agreement (the "Addendum") is annexed hereto as Exhibit B.

4.      A true and correct copy of the Voluntary Petition for relief under Chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101, et seq. filed by Starter in the United States Bankruptcy Court for the District of Delaware is annexed hereto as Exhibit C.

5.      A true and correct copy of the Voluntary Petition for relief under Chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101, et seq. filed by Starter Delaware, Inc. in the United States Bankruptcy Court for the District of Delaware is annexed hereto as Exhibit D.

6.      A true and correct copy of the Voluntary Petition for relief under Chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101, et seq. filed by Starter Outlet Stores, Inc. in the United States Bankruptcy Court for the District of Delaware is annexed hereto as Exhibit E.

7.      A true and correct copy of the Asset Purchase Agreement (the "Asset Purchase Agreement") dated July 14, 1999 between Starter, Starter Galt, Inc., Starter

2

Outlet Stores, Inc. and Starter Delaware, Inc. as Seller and Schottenstein/SC Acquisition

LLC and Value City Department Stores, Inc. is annexed hereto as Exhibit F.

8.    A true and correct copy of the Order of the Bankruptcy Court for the

District of Delaware Authorizing Sale of Certain of Debtors' Assets Free and Clear of

Encumbrances, Subject to the Terms of Asset Purchase Agreement, (ii) Authorizing and

Approving Asset Purchase Agreement, and Authorizing Debtors to Consummate All

Related Transactions dated July 14, 1999 is annexed hereto as Exhibit G.

9.    A true and correct copy of a letter dated July 30, 1999 from Drew Sawyer at

Parthenon Capital to Hidary is annexed hereto as Exhibit H.

10.    A true and correct copy of a Memorandum dated August 8, 1999, from Don

Stapleton, President of Soundview Licensing, Inc. to all Starter U.S. licensees is annexed

hereto as Exhibit I.

11.    A true and correct copy of a Monthly Royalty Report from Hidary to Starter

for the period July 1 – 28, 1999 is annexed hereto as Exhibit J.

12.    A true and correct copy of an Order of the United States Bankruptcy Court

for the District of Delaware Approving Final Distribution, Terminating The Plan

Administrator's Duties and Responsibilities and Closing His Portion of the Estate dated

October 10, 2001 is annexed hereto as Exhibit K.

13.    A true and correct copy of selected portions of the deposition testimony of

Gary Letendre dated March 5, 2003 is annexed hereto as Exhibit L.

14.    A true and correct copy of the Complaint in this Action is annexed hereto as

Exhibit M.

3

15.    A true and correct copy of the Third-party Complaint in this Action is annexed hereto as Exhibit N.

16.    A true and correct copy of the Amended Answer in this Action is annexed hereto as Exhibit O.

17.    A true and correct copy of the Debit Memos from Sears dated September 15, 1999 and December 22, 1999 are annexed hereto as Exhibit P.

Dated:  New York, New York
        November 20, 2003

                              WACHTEL & MASYR, LLP

                              By: _____
                                   Evan S. Weintraub
                              Admitted Pro-Hac Vice
                              Attorneys for Third-party Defendant
                              Official Starter, LLC
                              110 East 59th Street
                              New York, New York 10022
                              Tel.  (212) 909-9500
                              CT 23444