AO 85A (Rev. 8/98) Consent to Exercise of Jurisdiction by a United States Judge Over Specific Motion(s)

# UNITED STATES DISTRICT COURT

FILED

_____ DISTRICT OF CONNECTICUT    2004 FEB 11 P 3: 15

David A. Beckerman

v.

M. Hidary & Co., Inc.

CONSENT TO EXERCISE OF JURISDICTION
BY A UNITED STATES MAGISTRATE JUDGE
OVER DISPOSITIVE MOTIONS DESCRIBED
UNDER 28 U.S.C.§636(b)(1)(B)

CASE NUMBER:    3:01cv2143 (SRU)

## CONSENT TO EXERCISE OF JURISDICTION

In accordance with the provisions of 28 U.S.C.§636(c) and Fed.R.Civ.P. 73, the parties in this case consent to have a United States magistrate judge conduct any and all proceedings and enter a final order as to each motion identified below.

MOTION(S):  Motion for Summary Judgment  (#44, 45, 46)
            Memorandum in Opposition to Motion for Summary Judgment
            Motion    (Doc. #   )

| Party Represented | Signatures | Date |
|---|---|---|
| David A. Beckerman | Brian C. Fournier | 1/27/04 |
| M. Hidary & Co., Inc. | Edward Labaton | 2/7/04 |
| Official Starter, LLC | Evan S. Weintraub | 1/30/04 |

## ORDER OF REFERENCE

IT IS ORDERED that the above motion(s) be referred to  WILLIAM I. GARFINKEL  ,
United States Magistrate Judge, to conduct all proceedings and enter a final order on such motion(s) in accordance with 28 U.S.C.§636(c) and Fed.R.Civ.P.73.

February 11, 2004
Date                                              United States District Judge

NOTE:    RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF ALL PARTIES HAVE CONSENTED ON THIS FORM TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.