IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVID A. BECKERMAN,<br>                  Plaintiff,<br>v.<br><br>M. HIDARY & CO., INC.,<br>                  Defendant.<br><br>M. HIDARY & CO., INC.,<br>                  Third-Party Plaintiff,<br>v.<br><br>OFFICIAL STARTER, LLC,<br>                  Third-Party Defendant. | DOCKET NO.<br><br>3:01 CV 2143 (SRU)<br><br><br><br><br><br><br><br><br><br><br><br><br><br>February 26, 2004 |

**PLAINTIFF'S CROSS MOTION FOR SUMMARY JUDGMENT**

      Plaintiff, David A. Beckerman, hereby moves for summary judgment and submits in support thereof the Affidavit of Richard Wyron and the exhibits attached thereto, the Affidavit of Gary Letendre and the exhibits attached thereto, the Affidavit of David A. Slossberg and the exhibit attached thereto, the Local Civil Rule 56(a)1 Statement and the accompanying memorandum of law. There is no genuine issue of fact concerning Beckerman's right to collect royalties from Hidary under the License Agreement and the Bankruptcy Order approving the sale of Starter assets to Official Starter. Therefore, Plaintiff is entitled to summary judgment as a matter of law.

Hidary entered into a licensing agreement with Starter that required Hidary to pay royalties on Starter Licensed goods that were sold. Pursuant to order of the United States Bankruptcy Court, Hidary was required to pay to Starter royalties collected on the sale of inventory on hand or in process at the time of the bankruptcy and Mr. Beckerman has a right to collect those royalties as the assignee of those rights. Contrary to the Defendant's claim, Official Starter did not receive the royalty rights in the bankruptcy, but rather it expressly rejected those rights and entered a non-exclusive licensing agreement with the debtor to allow Starter to sell-off inventory on hand or in process, and collect those royalties.

WHEREFORE, the Court should grant plaintiff's cross-motion for summary judgment.

THE PLAINTIFF, DAVID A. BECKERMAN

By: _____
J. Daniel Sagarin, CT 02489
David A. Slossberg, CT13116
Brian C. Fournier, CT 16272
Hurwitz & Sagarin, LLC
147 N. Broad Street
Milford, CT 06460
Telephone: 203-877-8000

**CERTIFICATE OF SERVICE**

This is to certify that on February 26, 2004, a true and correct copy of the foregoing was mailed, first class mail, postage prepaid, to:

Evan S. Weintraub, Esq.
Wachtel & Masyr, LLP
110 East 59th Street
New York, NY 10022

Edward Labaton, Esq.
Goodkind Labaton Rudoff
 & Sucharow LLP
100 Park Avenue
New York, NY 10017

Elizabeth A. DiRusso
Wallman & Dirusso, LLC
Official Starter, LLC
750 Summer Street
Stamford, CT 06901

_____
Brian C. Fournier