IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CLERK
U.S. DISTRICT COURT
BRIDGEPORT, CONN.

FEB 26  4 35 PM '03

| | |
|---|---|
| DAVID A. BECKERMAN, | : DOCKET NO. |
| Plaintiff, | : FILED |
| v. | : 3:01 CV 2143 (SRU) |
| M. HIDARY & CO., INC., | : |
| Defendant. | : |
| | : February 26, 2004 |

## AFFIDAVIT OF DAVID A. SLOSSBERG
## IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S
## MOTION FOR SUMMARY JUDGMENT AND PLAINTIFF'S
## CROSS MOTION FOR SUMMARY JUDGMENT

I, David A. Slossberg, being first duly sworn, hereby deposes and says:

1. I am over the age of 18 and believe in the obligation of an oath.

2. I am a member of the law firm of Hurwitz & Sagarin, LLC. I submit this affidavit in support of Plaintiff's Opposition to Defendant's Motion for Summary Judgment and Cross Motion for Summary Judgment.

3. Attached hereto as Exhibit A is a true and accurate copy of excerpts from Roman Buszcak's Deposition Transcript dated November 19, 2003.

FURTHER AFFIANT SAYETH NOT.

_____
David A. Slossberg

SUBSCRIBED and SWORN to before me
this 26 day of February, 2004.

_____
Commissioner of the Superior Court