IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DAVID A. BECKERMAN,<br>       Plaintiff,<br>v.<br><br>M. HIDARY & CO., INC.,<br>       Defendant.<br><br>M. HIDARY & CO., INC.,<br>   Third-Party Plaintiff,<br>v.<br><br>OFFICIAL STARTER, LLC,<br>   Third-Party Defendant. | : : : : : : : : : : : : : : : : : | DOCKET NO.<br><br>3:01 CV 2143 (SRU)<br><br><br><br><br><br><br><br><br><br>February 26, 2004 |

**NOTICE OF MANUAL FILING**

  Please take notice that Plaintiffs have manually filed the exhibits to the following documents:

    1.  Exhibits A-C of the Affidavit of Richard H. Wyron

    2.  Exhibits A-G of the Affidavit of Gary Letendre

  These documents have not been filed electronically because the electronic file size of the documents exceeds 1.5 megabytes.

  The documents have been manually served on all parties.

        THE PLAINTIFF, DAVID A. BECKERMAN

By: _____
    J. Daniel Sagarin, CT 02489
    David A. Slossberg, CT13116
    Brian C. Fournier, CT 16272
    Hurwitz & Sagarin, LLC
    147 N. Broad Street
    Milford, CT  06460
    Telephone:  203-877-8000

## **CERTIFICATE OF SERVICE**

    This is to certify that on February  26, 2004, a true and correct copy of the foregoing was mailed, first class mail, postage prepaid, to:

Evan S. Weintraub, Esq.
Wachtel & Masyr, LLP
110 East 59th Street
New York, NY  10022

Edward Labaton, Esq.
Goodkind Labaton Rudoff
 & Sucharow LLP
100 Park Avenue
New York, NY 10017

Elizabeth A. DiRusso
Wallman & Dirusso, LLC
Official Starter, LLC
750 Summer Street
Stamford, CT 06901

_____
Brian C. Fournier