IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____
:   DOCKET NO.
DAVID A. BECKERMAN,                       :
                     Plaintiff,   :   3:01 CV 2143 (SRU)
v.                                        :
                                             :
M. HIDARY & CO., INC.,                    :
                     Defendant.   :
_____ :   MARCH 5, 2004

## SUPPLEMENTAL AFFIDAVIT OF GARY LETENDRE

I, Gary Letendre, being first duly sworn, hereby depose and state:

1. I am over the age of 18 and believe in the obligation of an oath.

2. I submit this supplemental affidavit in support of Plaintiff's Opposition to Defendant's Motion for Summary Judgment and Plaintiff's Cross Motion for Summary Judgment.

3. I have personal knowledge of the facts contained herein.

4. A true and accurate copy of the Non-Exclusive License Agreement is attached hereto as Exhibit A. This Agreement was attached to the Asset Purchase Agreement filed with and approved by the United States Bankruptcy Court. An unsigned copy of this document was annexed to my original affidavit as Exhibit E. Plaintiff recently obtained a fully executed copy of the Non-Exclusive License Agreement and, therefore, is submitting this supplemental affidavit.

2

5. The Non-Exclusive License Agreement allowed Starter to continue to collect royalties on the existing license agreements, including the agreement with Hidary, for a period of two years following the sale of Starter's assets to New Starter.

_____
Gary Letendre

SUBSCRIBED AND SWORN TO BEFORE ME
THIS 5th DAY OF March, 2004.


_____
Brian C. Fournier
Commissioner of the Superior Court

## CERTIFICATE OF SERVICE

This is to certify that on March 5, 2004, a true and correct copy of the foregoing was mailed, first class mail, postage prepaid, to:

Evan S. Weintraub, Esq.
Wachtel & Masyr, LLP
110 East 59th Street
New York, NY 10022

Edward Labaton, Esq.
Goodkind Labaton Rudoff
 & Sucharow LLP
100 Park Avenue
New York, NY 10017

Elizabeth A. DiRusso
Wallman & Dirusso, LLC
Official Starter, LLC
750 Summer Street
Stamford, CT 06901

_____
Brian C. Fournier