IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVID A. BECKERMAN, <br>                     Plaintiff, <br> v. <br><br> M. HIDARY & CO., INC., <br>                     Defendant. <br><br> M. HIDARY & CO., INC., <br><br>                     Third-Party Plaintiff, <br> v. <br><br> OFFICIAL STARTER, LLC, <br><br>                     Third-Party Defendant. | DOCKET NO. <br><br> 3:01 CV 2143 (SRU) <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br> March 5, 2004 |

**PLAINTIFF'S NOTICE OF FILING SUPPLEMENTAL AFFIDAVIT
IN SUPPORT OF OPPOSITION TO SUMMARY JUDGMENT AND
CROSS MOTION FOR SUMMARY JUDGMENT**

      Plaintiff, David A. Beckerman, hereby submits the supplemental Affidavit of Gary Letendre and the exhibit attached thereto, in further support of his Opposition to Defendants' Motion for Summary Judgment and Plaintiff's Cross Motion for Summary Judgment, dated February 26, 2004.

        THE PLAINTIFF, DAVID A. BECKERMAN

By: _____
    J. Daniel Sagarin, CT 02489
    David A. Slossberg, CT13116
    Brian C. Fournier, CT 16272
    Hurwitz & Sagarin, LLC
    147 N. Broad Street
    Milford, CT  06460
    Telephone:  203-877-8000

## CERTIFICATE OF SERVICE

This is to certify that on March ____, 2004, a true and correct copy of the foregoing was mailed, first class mail, postage prepaid, to:

Evan S. Weintraub, Esq.
Wachtel & Masyr, LLP
110 East 59th Street
New York, NY  10022

Edward Labaton, Esq.
Goodkind Labaton Rudoff
 & Sucharow LLP
100 Park Avenue
New York, NY 10017

Elizabeth A. DiRusso
Wallman & Dirusso, LLC
Official Starter, LLC
750 Summer Street
Stamford, CT 06901

_____
Brian C. Fournier