UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DAVID A. BERKERMAN
        Plaintiff

  v.                                                           3:01CV2143(SRU)

M. HIDARY & CO., INC
        Defendant
---------------------------------------------------
M. HIDARY & CO., INC
        Third-Party Plaintiff

  v.

OFFICIAL STARTER, LLC
        Third-Party Defendant

## JUDGMENT

This matter came on before Honorable William I. Garfinkel, United States Magistrate Judge after a Consent and Order referring the Motions for Summary Judgment to the United States Magistrate was filed on February 11, 2004.

The Court heard oral argument on July 29, 2004 and has reviewed all of the papers filed in conjunction with the motions. On March 31, 2005, a Decision and Order granting defendant, M. Hidary & Co., Inc and third-party defendant, Official Starter, Inc.'s motion and denying plaintiff, David a. Beckerman's cross-motion was entered by the Court.

Therefore, it is **ORDERED** and **ADJUGED** that judgment is entered for the defendant and third-party defendant and the case is closed.

Dated at Bridgeport, Connecticut, this 1st day of April, 2005.

                                                            KEVIN F. ROWE, Clerk

                                                            By_____
                                                                             Deputy Clerk

Entered on Docket _____

Case 3:01-cv-02143-SRU    Document 63    Filed 04/01/2005    Page 2 of 2