## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVID A. BECKERMAN, | :    DOCKET NO. |
|           Plaintiff, | : |
| v. | :    3:01 CV 2143 (SRU) |
| | : |
| M. HIDARY & CO., INC., | : |
|           Defendant. | : |
| | : |
| M. HIDARY & CO., INC., | : |
| | : |
|      Third-Party Plaintiff, | : |
| v. | : |
| | : |
| OFFICIAL STARTER, LLC, | : |
| | : |
|      Third-Party Defendant. | : |
| | :    April 7, 2005 |

## PLAINTIFF'S MOTION TO AMEND FINDINGS AND FOR ARTICULATION

Pursuant to Federal Rules of Civil Procedure Rule 52(b), Plaintiff, David A. Beckerman, hereby moves this Court to Amend its findings on its endorsed Order granting summary judgment in favor of the defendant dated April 1, 2005 to articulate the reasons for such ruling.   Plaintiff intends on appealing the Court's ruling and requires an articulated basis for such ruling in order to properly prepare an appeal. Therefore, Plaintiff respectfully requests that the Court amend its findings to articulate the basis for the ruling granting defendant's motion for summary judgment and denying plaintiff's cross motion for summary judgment, including a statement of the facts upon which this ruling is based.

WHEREFORE, the Court should grant plaintiff's motion to amend findings and for articulation under FRCP Rule 52(b).

THE PLAINTIFF, DAVID A. BECKERMAN

By: J. Daniel Sagarin, CT 02489
David A. Slossberg, CT13116
Brian C. Fournier, CT 16272
Hurwitz, Sagarin & Slossberg, LLC
147 N. Broad Street
Milford, CT  06460
Telephone:  203-877-8000

## **CERTIFICATE OF SERVICE**

This is to certify that on April 8 2005, a true and correct copy of the foregoing

was mailed, first class mail, postage prepaid, to:

Evan S. Weintraub, Esq.
Wachtel & Masyr, LLP
110 East 59th Street
New York, NY  10022

Edward Labaton, Esq.
Goodkind Labaton Rudoff
 & Sucharow LLP
100 Park Avenue
New York, NY 10017

Elizabeth A. DiRusso
Wallman & Dirusso, LLC
Official Starter, LLC
750 Summer Street
Stamford, CT 06901

_____
Brian C. Fournier