IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DAVID A. BECKERMAN,<br>    Plaintiff,<br>v.<br>M. HIDARY & CO., INC.,<br>    Defendant. | : | Civil Case No.<br>3:01 CV 2143 (SRU) |
| M. HIDARY & CO., INC.,<br>    Third-Party Plaintiff,<br>v.<br>OFFICIAL STARTER, LLC,<br>    Third-Party Defendant. | : | April 20, 2005 |

### NOTICE OF APPEAL

Pursuant to F.R.A.P. 4(a)(1), plaintiff David A. Beckerman hereby gives notice and appeals to the United States Court of Appeals for the Second Circuit from the Order issued by the District Court (Garfinkel, J.) for the District of Connecticut granting summary judgment in favor of the defendant dated April 1, 2005.

The Order in this action was entered on the docket on April 1, 2005.

            Appellant - DAVID A. BECKERMAN

            By: _/s/ David Slossberg_
            J. Daniel Sagarin, CT 02489
            David A. Slossberg, CT13116
            Brian C. Fournier, CT 16272
            Hurwitz, Sagarin & Slossberg, LLC
            147 N. Broad Street
            Milford, CT  06460
            Telephone:  203-877-8000
            Facsimile (203) 878-9800

## CERTIFICATE OF SERVICE

This is to certify that on April 20, 2005, a true and correct copy of the foregoing was mailed, first class mail, postage prepaid, to:

Evan S. Weintraub, Esq.
Wachtel & Masyr, LLP
110 East 59th Street
New York, NY 10022

Edward Labaton, Esq.
Goodkind Labaton Rudoff
 & Sucharow LLP
100 Park Avenue
New York, NY 10017

_____
Brian C. Fournier