IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVID A. BECKERMAN,<br><br>               Plaintiff,<br><br>- v -<br><br>M. HIDARY & CO., INC.,<br><br>               Defendant. | DOCKET NO   3:01CV2143 (SRU)<br><br>**STIPULATION OF DISMISSAL** |
| M. HIDARY & CO., INC.,<br><br>               Third-Party Plaintiff,<br><br>- v -<br><br>OFFICIAL STARTER, LLC,<br><br>               Third-Party Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel, the attorneys of record for all parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be and the same

| WACHTEL & MASYR, LLP<br><br>By: _____<br>    Evan S. Weintraub<br>110 East 59th Street<br>New York, New York 10022<br>Attorneys for Third-Party Defendant<br>Official Starter, LLC<br>CT 23444 | |

SO ORDERED:


_____

U.S.D.J.

hereby is discontinued with prejudice and on the merits.

Dated: New York, New York
       May 31, 2005

| HURWITZ, SAGARIN & SLOSSBERG, LLC | GOODKIND LABATON RUDOFF & SUCHAROW LLP |
|---|---|
| By: _____<br>David A. Slossberg, Esq.<br>147 North Broad Street<br>Milford, Connecticut 06460<br>Attorneys for Plaintiff<br>  David Beckerman<br>  CT ___ 13116 | By: _____<br>Edward Labaton<br>100 Park Avenue<br>New York, New York 10017<br>Attorneys for Defendant<br>  M. Hidary & Co., Inc.<br>  CT 23784 |