MANDATE

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

FILED
2005 JUL -1  P 1: 18
U.S. DISTRICT COURT
NEW HAVEN, CT

nhct
01-cv-2143
underhill
Garfinkel

DAVID A. BECKERMAN,

      Plaintiff,

- v -

M. HIDARY & CO., INC.,

      Defendant.

M. HIDARY & CO., INC.,

      Third-Party Plaintiff,

- v -

OFFICIAL STARTER, LLC,

      Third-Party Defendant.

DOCKET NO. 05 – 2033 - cv

**STIPULATION OF DISMISSAL**



UNITED STATES COURT OF APPEALS FILED JUN 2 4 2005 Roseann B. MacKechnie, CLERK SECOND CIRCUIT

The undersigned hereby stipulate that the above-captioned appeal is hereby withdrawn without costs and without attorney's fees pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure.

Dated: New York, New York
      May 31, 2005

A TRUE COPY
Roseann B. MacKechnie, CLERK
by _____
DEPUTY CLERK

| HURWITZ, SAGARIN & SLOSSBERG, LLC | GOODKIND LABATON RUDOFF & SUCHAROW LLP |
|---|---|
| By: _____<br>David A. Slossberg, Esq.<br>147 North Broad Street<br>Milford, Connecticut 06460<br>Attorneys for Appellant<br> David Beckerman | By: _____<br>Edward Labaton<br>100 Park Avenue<br>New York, New York 10017<br>Attorneys for Appellee<br> M. Hidary & Co., Inc. |

ISSUED AS MANDATE: 6/27/05

| WACHTEL & MASYR, LLP<br><br>By: _____<br>Evan S. Weintraub<br>110 East 59th Street<br>New York, New York 10022<br>Attorneys for Appellee<br>Official Starter, LLC | |
|---|---|

SO ORDERED:
For the Court:
Roseann B. MacKechnie, Clerk

By: _____
Lisa Greenberg, Staff Counsel

C:\Documents and Settings\labatoe\Local Settings\Temporary Internet Files\OLK4A7\stip of disc of appeal.doc